## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN GOULD CORPORATION, | CASE NO.: 2:22-cv-08347-WLH-AGR |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT** |
| SAM OSCEOLA; ENCORP SWITZERLAND AG; ENCORP USA; BENJAMIN ZABARY; NETHANEL SOLOMON; JUAN ENRIQUE GARCIA; AND LIANA FOKSHENEANU | |
| Defendants, | |

The Court entered the Default of Defendant BENJAMIN ZABARY on June 15, 2023 [Dkt. 73], and entered its Order Granting in part and Denying in part Plaintiff STEPHEN GOULD CORPORATION'S Motion for Entry of Default Judgment against Defendant BENJAMIN ZABARY on October 13, 2023 [Dkt. 94].

The Court entered the Default of Defendant ENCORP SWITZERLAND AG on April 6, 2024 [Dkt. 88], and entered its Order Granting in part and Denying in part Plaintiff STEPHEN GOULD CORPORATION'S Motion for Entry of Default Judgment against Defendant ENCORP SWITZERLAND AG on July 24, 2024 [Dkt. 124].

All other Defendants have been dismissed [Dkts. 115, 121, 122 and 123].

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is entered in favor of Plaintiff STEPHEN GOULD CORPORATION and against Defendant BENJAMIN ZABARY and ENCORP SWITZERLAND AG, jointly and severally, in the amount of $674,115.00;

2. Pursuant to Federal Rules of Civil Procedure 54(d)(1) and Local Rules 54-2 and 54-3, Plaintiff Stephen Gould Corporation is entitled to recover its costs incurred in this action.

DATED: 8/30/2024

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE